**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Zachary Goodman

                        Plaintiff,

v.                                         Case No.: 1:14–cv–01022
                                                          Honorable Elaine E. Bucklo

Hangtime, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2014:

      MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling conference held on 4/17/2014. Plaintiff does not appear. Scheduling Conference continued to 6/4/2014 at 9:30 AM. Parties to meet and prepare a joint proposed discovery schedule. Plaintiff's counsel to be present at the next date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.