**IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ZACHARY GOODMAN, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 14-cv-1022 |
| v. | [Hon. Elaine E. Bucklo] |
| HANGTIME, INC., a Delaware Corporation, | |
| Defendant. | |

**NOTICE OF PLAINTIFF GOODMAN'S MOTION FOR LEAVE TO
AMEND COMPLAINT TO ADD ADDITIONAL PARTY-PLAINTIFF**

To:   See attached service list.

**PLEASE TAKE NOTICE** that on Wednesday, June 25, 2014, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead in Courtroom 2243 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiff Goodman's Motion for Leave to Amend Complaint to Add Additional Party-Plaintiff*, a copy of which is attached and hereby served upon you.

Respectfully submitted,

**ZACHARY GOODMAN**, individually, and on behalf of all others similarly situated,

Dated: June 17, 2014    By: /s/ Ari J. Scharg
One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
Mark S. Eisen
meisen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

1

Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the putative Class*

**CERTIFICATE OF SERVICE**

  I, Ari J. Scharg, an attorney, hereby certify that on June 17, 2014, I served the above and foregoing *Notice of Plaintiff Goodman's Motion for Leave to Amend Complaint to Add Additional Party-Plaintiff*, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 17th day of June 2014.

             /s/ Ari J. Scharg