**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Zachary Goodman

                        Plaintiff,

v.                                                     Case No.: 1:14–cv–01022
                                                            Honorable Elaine E. Bucklo

Hangtime, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2014:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held on 6/25/2014 regarding motion to stay [23], motion for leave to file [21]. Plaintiff's Motion for leave to amend complaint to add additional parties [21] is taken under advisement. Defendant to respond by 6/30/2014. Plaintiff to reply by 7/3/2014. Ruling before Honorable Elaine E. Bucklo on 7/9/2014 at 9:00 AM. Defendant's Motion to stay [23] is taken under advisement. Plaintiff to respond by 6/30/2014. Defendant to reply by 7/7/2014. Ruling before Honorable Elaine E. Bucklo on 7/16/2014 at 9:00 AM. The response to discovery as discussed in open court is extended 30 days. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.