# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Zachary Goodman

                Plaintiff,

v.                                            Case No.: 1:14–cv–01022
                                             Honorable Elaine E. Bucklo

Hangtime, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2014:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff Goodman's Motion for leave to amend complaint to and additional party–plaintiff [21] is granted. Defendant's Motion to stay litigation pending transfer by the judicial panel on multidistrict litigation [23] is denied. No appearance is necessary on 7/9/2014 or 7/16/2014. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.