# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Zachary Goodman, et al.
                         Plaintiff,

v.                                          Case No.: 1:14–cv–01022
                                                 Honorable Elaine E. Bucklo

Hangtime, Inc.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2014:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held on 7/14/2014 regarding motion to reassign case, [33]. Plaintiffs' Combined Motion to relate, reassign and consolidate the Salam matter [33] is taken under advisement. Defendant to respond by 7/21/2014. Ruling before Honorable Elaine E. Bucklo on 7/24/2014 at 9:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.