# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ZACHARY GOODMAN and DERRICK SIMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HANGTIME, INC., a Delaware corporation, and BUC MOBILE, INC. d/b/a Hook Mobile, a Delaware corporation, <br><br> Defendants. | Case No. 1:14-cv-01022 <br><br> Honorable Elaine E. Bucklo |

**STIULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS (DKT. 47) AND DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' CLASS ALLEGATIONS (DKT. 52)**

This stipulation is entered into between Plaintiffs Zachary Goodman and Derrick Sims ("Plaintiffs") and Defendants Hangtime, Inc. and Buc Mobile, Inc. ("Defendants"), by and through their undersigned counsel.

WHEREAS, on November 17, 2014, Defendants filed a Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (dkt. 47) and Motion to Strike Class Allegations (dkt. 53);

WHEREAS, on November 26, 2014, this Court set a briefing schedule on Defendants' Motions, setting Plaintiffs' deadline to respond to December 22, 2014, and Defendants' deadline to file reply briefs for January 7, 2015 (dkt. 61);

WHEREAS, on December 22, 2014, in light of the holiday season, counsel for Plaintiffs met and conferred with counsel for Defendants to discuss an extension of the current briefing schedule;

1

WHEREAS, Defendants agreed, subject to Court approval, that Plaintiffs shall have a one-week extension, up to an including December 29, 2014, to file their responses to the pending motions;

WHEREAS, the Parties have also agreed that in light of the New Years' holiday, subject to Court approval, the deadline for Defendants to file their reply briefs in support of their pending motions shall be extended up to and including January 9, 2015;

NOW THEREFORE, the Parties hereby stipulate and agree as follows, subject to Court approval:

1. Plaintiffs' deadline to file their responsive briefs in opposition to Defendants' Motion to Dismiss and Motion to Strike Class Allegations is extended up to and including December 29, 2014; and

2. Defendants' deadline to file their reply briefs in support of their Motion to Dismiss and Motion to Strike Class Allegations is extended up to and including January 9, 2015.

**STIPULATED TO BY:**

| | |
|---|---|
| **DERRICK SIMS and ZACHARY GOODMAN, individually and on behalf of a class of similarly situated individuals,** | **HANGTIME, INC. and BUC MOBILE, INC. d/b/a HOOK MOBILE,** |
| /s/  John C. Ochoa | /s/  Patrick S. Thompson |
| One of Plaintiffs' Attorneys | One of Defendants' Attorneys |
| | |
| Rafey S. Balabanian | Patrick S. Thompson |
| rbalabanian@edelson.com | Hong-An Vu |
| Ari J. Scharg | Goodwin Procter LLP |
| ascharg@edelson.com | Three Embarcadero Center |
| John C. Ochoa | 24th Floor |
| jochoa@edelson.com | San Francisco, CA 94111 |

EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

David Pastor
dpastor@pastorlawoffice.com
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3rd Floor
Boston, Massachusetts 02110
Tel: 617.742.9700
Fax: 617.742.9201

Katrina Carroll
kcarroll@litedepalma.com
LITE DEPALMA GREENBERG, LLC
One South Dearborn
Suite 1200
Chicago, Illinois 60603
Tel: 312.212.4383
Fax: 312.212.5919

*Counsel for Plaintiffs Zachary Goodman
and Derrick Sims and the putative Class*

Tel: 415.733.6000
Fax: 415.677.9041
hvu@goodwinprocter.com
pthompson@goodwinprocter.com

Louis D. Bernstein
The Bernstein Law Firm, LLC
350 N. Clark Street, Suite 400
Chicago, IL 60654
Tel: 312-645-6090
Fax: 866-929-7392
lbernstein@law-ldb.com

*Counsel for Defendants Hangtime, Inc.
and Buc Mobile, Inc. d/b/a Hook Mobile*

**SO ORDERED:**

Dated:  December ___, 2014

_____
Honorable Elaine E. Bucklo
United States District Judge

## **CERTIFICATE OF SERVICE**

  I, John C. Ochoa, an attorney, certify that on December 22, 2014, I served the above and foregoing ***Stipulation and Proposed Order Modifying the Briefing Schedule on Defendants' Motion to Dismiss (dkt. 47) and Defendants' Motion to Strike Plaintiffs' Class Allegations (dkt. 52)***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system on this the 22nd day of December, 2014.

                /s/ John C. Ochoa