IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZACHARY GOODMAN and DERRICK SIMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HANGTIME, INC., a Delaware corporation, and BUC MOBILE, INC. d/b/a Hook Mobile, a Delaware Corporation<br><br>Defendants. | Case No. 1:14-cv-01022<br><br>Honorable John Robert Blakey |

**NOTICE OF CLASS ACTION SETTLEMENT**

Plaintiffs Zachary Goodman and Derrick Sims ("Plaintiffs") and Defendants Hangtime, Inc. and Buc Mobile, Inc. ("Hangtime" and "Hook Mobile," and together, "Defendants") (collectively, the "Parties") by and through their attorneys, hereby respectfully submit this notice concerning a settlement of this case. The Parties are in the process of memorializing the class action settlement agreement and related documents, which, if approved, would finally resolve certain claims on behalf of the Settlement Class. Plaintiff anticipates submitting his Motion for Preliminary Approval to the Court within twenty-one (21) days.

Date: April 20, 2015

Respectfully submitted,

/s/  John C. Ochoa

Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
John C. Ochoa

1

jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

David Pastor*
dpastor@pastorlawoffice.com
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3rd Floor
Boston, Massachusetts 02110
Tel: 617.742.9700
Fax: 617.742.9201
*Admitted Pro Hac Vice

Katrina Carroll
kcarroll@litedepalma.com
Kyle Shamberg
kshamberg@litedepalma.com
LITE DEPALMA GREENBERG, LLC
One South Dearborn, Suite 1200
Chicago, Illinois 60603
Tel: 312.212.4383
Fax: 312.212.5919

*Counsel for Plaintiffs and the putative Class*

Date: April 20, 2015               Respectfully submitted,


/s/ Patrick S. Thompson

Louis D. Bernstein
*lbernstein@law-ldb.com*
BERNSTEIN LAW FIRM
350 N. Clark Street, Suite 400
Chicago, IL 60654
Tel.: 312.645.6090
Fax.: 866.929.7392

2

Patrick S. Thompson (*pro hac vice*)
*pthompson@goodwinprocter.com*
Hong-An Vu (*pro hac vice*)
*hvu@goodwinprocter.com*
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax.: 415.677.9041

Brian Wesley Cook (*pro hac vice*)
*bcook@goodwinprocter.com*
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel.: 617.570.1000
Fax.: 617.523.1231

Attorneys for Defendants
HANGTIME, INC. and BUC MOBILE, INC.

## CERTIFICATE OF SERVICE

      I, John C. Ochoa, an attorney, hereby certify that on April 20, 2015, I served the above and foregoing *Notice of Class Action Settlement*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                   /s/ John C. Ochoa