IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ZACHARY GOODMAN and DERRICK SIMS, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>HANGTIME, INC., a Delaware corporation, and BUC MOBILE, INC. d/b/a Hook Mobile, a Delaware corporation,<br><br>     Defendants. | Case No. 1:14-cv-01022<br><br>[Hon. John Robert Blakey] |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT OF APPROVAL OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS**

  Plaintiffs Zachary Goodman and Derrick Sims, pursuant to Federal Rule of Civil Procedure 5.2 and Local Rules 5.8 and 26.2, respectfully move the Court for an Order granting them leave to file certain documents under seal in conjunction with Plaintiffs' Motion and Memorandum in Support of Approval of Attorneys' Fees, Expenses, and Incentive Awards. In support of this motion, Plaintiffs state as follows:

  1. Attached to the Declarations filed in support of Plaintiffs' Motion for Approval of Attorneys' Fees, Expenses, and Incentive Awards, among other exhibits, are the following documents that either Plaintiffs or Defendants Hangtime, Inc. ("Hangtime") and Buc Mobile, Inc. d/b/a Hook Mobile ("Hook Mobile") (collectively, "Defendants") have marked "CONFIDENTIAL" pursuant to the November 26, 2014 Protective Order entered in this case (the "Protective Order") (Dkts. 57 & 61):

    •  Exhibits B and C to the Declaration of Ari J. Scharg: Timesheets produced by Edelson PC, Goodwin Procter LLP and the Berstein Law Firm in

1

connection with the parties' meet-and-confer efforts pursuant to Local Rule 54.3;

- Exhibit 1 to the Declaration of David Pastor: Timesheets produced by Pastor Law Office LLP in connection with the parties' meet-and-confer efforts pursuant to Local Rule 54.3;

- Exhibit A to the Declaration of Katrina Carroll: Timesheets produced by Lite DePalma Greenberg LLC in connection with the parties' meet-and-confer efforts pursuant to Local Rule 54.3;

- Exhibit 1 to the Declaration of Willam M. Sweetnam: Timesheets produced by Sweetnam LLC in connection with the parties' meet-and-confer efforts pursuant to Local Rule 54.3; and

- Exhibit B to the Declaration of Preston W. Leonard: Timesheets produced by Leonard Law Office PC in connection with the parties' meet-and-confer efforts pursuant to Local Rule 54.3.

2. Accordingly, and pursuant to Plaintiffs' and Defendants' "CONFIDENTIAL" designations and the Protective Order entered in this case, as well as the provisions of Local Rule 54.3, Plaintiffs seek leave to file the exhibits described above entirely under seal.

**WHEREFORE**, Plaintiffs Derrick Sims and Zachary Goodman respectfully move the Court, pursuant to Local Rules 5.8 and 26.2 for an Order:

(i) Granting them leave to file the foregoing exhibits under seal; and

(ii) Awarding such other and further relief as the Court deems equitable and just.

Respectfully submitted,

**ZACHARY GOODMAN** and **DERRICK SIMS**, individually and on behalf of all others similarly situated,

Dated: August 28, 2015

By: /s/ John C. Ochoa
One of Plaintiffs' Attorneys

Jay Edelson

jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

David Pastor (Admitted *Pro Hac Vice*)
dpastor@pastorlawoffice.com
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3rd Floor
Boston, Massachusetts 02110
Tel: 617.742.9700
Fax: 617.742.9201

*Settlement Class Counsel*

Katrina Carroll
kcarroll@litedepalma.com
Kyle Shamberg
kshamberg@litedepalma.com
LITE DEPALMA GREENBERG, LLC
One South Dearborn
Suite 1200
Chicago, Illinois 60603
Tel: 312.212.4383
Fax: 312.212.5919

*Liaison Counsel*

3

## CERTIFICATE OF SERVICE

      I, John C. Ochoa, an attorney, certify that on August 28, 2015, I served the above and foregoing ***Plaintiffs' Motion for Leave to File Documents Under Seal in Connection with Plaintiffs' Motion and Memorandum in Support of Approval of Attorneys' Fees, Expenses and Incentive Awards*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system on this the 28th day of August, 2015.

                                              /s/ John C. Ochoa