UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Zachary Goodman, et al.
                        Plaintiff,

v.                                         Case No.: 1:14–cv–01022
                                                          Honorable John Robert Blakey

Hangtime, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 29, 2015:

      MINUTE entry before the Honorable John Robert Blakey: Status and motion hearing held. Plaintiffs' motion for attorney fees [116] is granted in part. The Court hereby approves an award of attorneys' fees to Class Counsel in the amount of &#036;291,841.50 ($220,666.50 to Edelson PC and $71,175.00 to Pastor Law Office, LLP) and finds that, in accordance with the terms of the Settlement Agreement, defendants are not obligated to pay the fees of attorneys other than Class Counsel. With this revision, plaintiff's motion for final approval of class action settlement [121] is granted, including the payment of incentive awards to the named plaintiffs in the amount of $4,000. Plaintiffs are directed to prepare a proposed final approval order reflecting these awards and to submit the order to the Court's proposed order inbox (Proposed_Order_Blakey@ilnd.uscourts.gov) by 10/2/15. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.