```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3
     ZACHARY GOODMAN, et al.,         )   No. 2014 C 1022
 4
                    Plaintiffs,       )   June 25, 2014
 5
             v.                       )   10:00 a.m.
 6
     HANGTIME, INC.,                  )
 7
                    Defendant.        )
 8

 9            TRANSCRIPT OF PROCEEDINGS - MOTION
              BEFORE THE HON. ELAINE E. BUCKLO
10

11   APPEARANCES:

12   On behalf of Plaintiff:  MR. RAFEY S. BALABANIAN
                              EDELSON P.C.
13                            350 North LaSalle Street, Suite 1300
                              Chicago, Illinois 60654
14                            (312) 589-6370

15   On behalf of Defendant:  MR. LOUIS D. BERNSTEIN
                              THE BERNSTEIN LAW FIRM, LLC
16                            350 North Clark Street, Suite 400
                              Chicago, Illinois 60654
17                            (312) 645-6091

18

19

20

21

22

23              MICHAEL P. SNYDER, FCRR
                 Official Court Reporter
24             United States District Court
        219 South Dearborn Street, Room 2244A
25              Chicago, Illinois 60604
                    (312) 435-5563

        MICHAEL P. SNYDER, Official Court reporter
```

09:57:52

THE CLERK: 14 C 1022, Goodman versus Hangtime, Inc.; motion.

MR. BERNSTEIN: Good morning, Judge. Louis Bernstein on behalf of Hangtime.

THE COURT: Good morning.

MR. BALABANIAN: Good morning, Your Honor. Rafey Balabanian on behalf of plaintiff Zachary Goodman.

THE COURT: Good morning.

09:58:01

MR. BERNSTEIN: There are two motions up today, Your Honor.

THE COURT: Yes. So what's the status on the MDL issue?

MR. BERNSTEIN: Your Honor, the motion was filed, appearances are due July 1, responses are due July 8th. It's

09:58:15

my understanding that the panel is meeting at the end of July. We are hoping for a decision.

THE COURT: How many cases are there?

MR. BERNSTEIN: There's four.

MR. BALABANIAN: There's two here, one in

09:58:24

Massachusetts, and one that was recently filed in San Francisco.

THE COURT: And what's your argument going to be that it should be in San Francisco?

MR. BERNSTEIN: Your Honor, the lead counsel is in San

09:58:34

Francisco, Hangtime is in San Francisco, witnesses are going to

| | |
|---|---|
| 09:58:49 | 1  be in San Francisco, the documents, the electronic data is all
2  in San Francisco.
3      MR. BALABANIAN:  We, of course, would dispute some of
4  those assertions, but one thing that I am not sure if the Court
5  had a chance to look at our motion to amend.
6      THE COURT:  I did.
7      MR. BALABANIAN:  The Sims plaintiff is seeking to be
8  added to this case, which would consolidate three of the four
9  cases here in the Northern District of Illinois. |

```
09:58:49   1   be in San Francisco, the documents, the electronic data is all
           2   in San Francisco.
           3         MR. BALABANIAN:  We, of course, would dispute some of
           4   those assertions, but one thing that I am not sure if the Court
           5   had a chance to look at our motion to amend.
           6         THE COURT:  I did.
           7         MR. BALABANIAN:  The Sims plaintiff is seeking to be
           8   added to this case, which would consolidate three of the four
           9   cases here in the Northern District of Illinois.
09:59:00  10         THE COURT:  I see.
          11         MR. BALABANIAN:  So, you know.
          12         MR. BERNSTEIN:  Well, Your Honor, we had spoken about
          13   each filing response briefs and reply briefs respective to both
          14   motions.  We would say, Your Honor, though, we will provide in
09:59:16  15   our response to the motion to amend that the Sims case remains
          16   pending; so, therefore, it would be improper for you to
          17   obviously add another party to a case when he's still pending
          18   in Massachusetts.  That case has been, a motion has been filed
          19   to dismiss it voluntarily, but they provided that they would
09:59:35  20   not pay costs, and Hangtime's lead counsel has advised he will
          21   be seeking costs and attorneys fees in that matter.
          22         THE COURT:  Why?
          23         MR. BERNSTEIN:  Because there was no point, Your
          24   Honor.  They -- this was only filed after the JPM motion was
09:59:50  25   filed.  That was filed on the 16th.  This motion to amend and
```

MICHAEL P. SNYDER, Official Court reporter

1 add Sims was filed on the 17th.

2 MR. BALABANIAN: Right.

3 MR. BERNSTEIN: So basically, Your Honor, the argument
4 is going to be in the response brief that this motion is being
5 used as a sword in the JPM motion to try to get the three cases
6 here.

7 THE COURT: Well, I mean, the panel that decides MDL
8 cases are very sophisticated. They will do what they want, and
9 this isn't going to make any difference to that. But I think
10 the plaintiff probably has a right to dismiss a case. I
11 wouldn't have any basis for denying a motion to amend at this
12 early stage of the case. I'll grant that, but nothing much is
13 going to happen here in the meantime until really until they
14 decide where the case should be or I mean, well, I take it
15 you're all agreed it is going to be an MDL case?

16 MR. BALABANIAN: Well, we agree for the most part that
17 they should all be consolidated into a single action.

18 Just to give the Court a full picture, this was the
19 first filed case. We didn't coordinate with any other
20 plaintiffs' firms. The Sims plaintiffs filed a couple months
21 after us which often happens. Then someone filed the copycat
22 case, the Salam case that's pending before Judge Dow, that was
23 the third filed. And then the San Francisco was just filed in
24 May, which is again another kind of copycat case.

25 So as far as using this motion to transfer as a sword

MICHAEL P. SNYDER, Official Court reporter

1  for the MDL, I don't understand what that means.  What we are
2  trying to do is bring them all into a single court.
3       THE COURT:  Well, they may decide it should be out
4  there if that's where everything is located.  And they look at
5  other things as well.  You know, they'll look at -- well, I
6  don't know what their case loads are out there.
7       MR. BALABANIAN:  Right, but I just --
8       THE COURT:  I don't think they are huge, but I'm not
9  sure.
10      MR. BALABANIAN:  I haven't seen the situation where
11 plaintiff is seeking to dismiss their case to coordinate and
12 make it more efficient and then counsel seeks fees.
13      THE COURT:  Well, that, the fee thing isn't here.
14      MR. BERNSTEIN:  Right.
15      THE COURT:  They can do that.
16      MR. BALABANIAN:  That's right, and I am not involved
17 in that.
18      THE COURT:  On the basis of what you're saying, so
19 then wait a minute.  So this, I mean, this is the plaintiff in
20 that case wishes to do this?
21      MR. BALABANIAN:  Yes, wishes to be added to this case.
22      MR. BERNSTEIN:  But, Your Honor --
23      THE COURT:  That's fine.
24      MR. BERNSTEIN:  The thing I would ask, one, for the
25 right to file a brief response to that within 7 or 14 days

1  because the Sims case remains pending.  That will not be
2  resolved for a period of time, so to add Sims to this case now
3  when he remains a plaintiff in the other case doesn't make much
4  sense.
5   THE COURT:  Well, he's going to have to dismiss it.
6   MR. BALABANIAN:  But it's whether it's going to be
7  assessed costs or fees.  But the case isn't going to go away.
8   THE COURT:  That's up to the Judge out there.
9   Who is the Judge?
10  MR. BALABANIAN:  I'm sorry, Judge.  I forgot off the
11 top of my head.
12  THE COURT:  That's okay.  I'm actually supposed to be
13 starting a trial.
14  MR. BALABANIAN:  Defendant isn't disputing dismissal,
15 but they are seeking for costs or fees.
16  THE COURT:  Well, they have a right to decide that.
17 That's not up to me.
18  MR. BERNSTEIN:  Right.  I don't disagree that it will
19 go away.  Our point, though, is this can't be added in front of
20 Judge Bucklo until that is resolved and he is no longer a
21 plaintiff in a companion case.  He can't be a party in two
22 cases at the same time for the same relief.  Once he is
23 dismissed and a court order is entered, then it would be
24 appropriate to file a motion to add him, but not before.
25  THE COURT:  All right.  I'll give you over the weekend

MICHAEL P. SNYDER, Official Court reporter

1  to file something that says that they can't do that.  I don't
2  think you can find something that says that.
3        MR. BALABANIAN:  Should we reply or no need?  I'm
4  happy to file a quick reply if the Court wants that, or
5  otherwise I'm fine.
6        THE COURT:  Okay.  Sure.  I just, frankly, I just
7  can't imagine that that isn't the appropriate thing to do,
8  leaving aside whether there's a cost issue.  But it seems to me
9  at this stage of the case before you would dismiss, you would
10 make sure you were in, but you would do it in this order.  I
11 mean, that just seems more logical to me.
12       MR. BALABANIAN:  Because otherwise he -- right,
13 exactly.
14       THE COURT:  But if you file something that says I'm
15 wrong, it wouldn't be the first time I was wrong about
16 something.  Then I'll give you a couple days to reply, and I
17 will set a ruling, I'm going to put it on my calendar just
18 because I want to make sure I get it.  I'm just going to set a
19 ruling for July 9th, but chances are you won't have to come in.
20 If I find out there really isn't any basis, then I'll deny it,
21 and otherwise I'm going to grant it.
22       As far as a stay, I don't know.  They are always
23 sending us things saying and telling us they don't really think
24 we ought to formally stay things.  But it's true, sometimes
25 people do.

          MICHAEL P. SNYDER, Official Court reporter

|   |   |
|---|---|
| 1 | MR. BERNSTEIN: Right. |
| 2 | MR. BALABANIAN: We would object to a stay. We are |
| 3 | happy to file a short -- |
| 4 | THE COURT: Well, that one you'd better, I guess I'd |
| 5 | better think about what the parameters are. So at least by the |
| 6 | time you reply on whatever he says, file your motion. |
| 7 | MR. BALABANIAN: My opposition? |
| 8 | THE COURT: Or your opposition, and I'll give you a |
| 9 | week to reply, and I'll set a ruling on that for about a week |
| 10 | after that. Okay. |
| 11 | MR. BALABANIAN: These dates will just come through |
| 12 | the minute order, Your Honor? |
| 13 | THE COURT: Yes. |
| 14 | MR. BERNSTEIN: Your Honor, one last issue. They did |
| 15 | file discovery I believe on June 10th. I don't want us to be |
| 16 | in default by not responding to the discovery by July 10th. |
| 17 | MR. BALABANIAN: Well, they can have an extension, |
| 18 | first of all. |
| 19 | MR. BERNSTEIN: That's all right. |
| 20 | THE COURT: I'll extend that one for 30 days anyway. |
| 21 | Okay. |
| 22 | MR. BERNSTEIN: Thank you very much. |
| 23 | THE COURT: All right, thank you. |
| 24 | MR. BERNSTEIN: Appreciate it. |
| 25 | (Proceedings concluded.) |

Timestamps: 10:05:05 (line 5), 10:05:22 (line 10), 10:05:29 (line 15), 10:05:40 (line 20)

MICHAEL P. SNYDER, Official Court reporter

```
                                                                      0
 1                    C E R T I F I C A T E
 2          I, Michael P. Snyder, do hereby certify that the
 3   foregoing is a complete, true, and accurate transcript of the
 4   proceedings had in the above-entitled case before the Honorable
 5   ELAINE E. BUCKLO, one of the judges of said Court, at Chicago,
 6   Illinois, on June 25, 2014.
 7
 8                                   /s/ Michael P. Snyder
 9                                   Official Court Reporter
10                                   United States District Court
11                                   Northern District of Illinois
12                                   Eastern Division
```

MICHAEL P. SNYDER, Official Court reporter